780 S.E.2d 609

**ABBEVILLE COUNTY SCHOOL DISTRICT,**
et al., Appellants–Respondents,

v.

The STATE of South Carolina, et al., of whom Hugh K. Leatherman, Sr., as President Pro Tempore of the Senate and as a representative of the South Carolina Senate and James H. Lucas, as Speaker of the House of Representatives and as a representative of the South Carolina House of Representatives are, Respondents–Appellants,

and

State of South Carolina, Nikki R. Haley, as Governor of the State of South Carolina, are, Respondents.

Appellate Case No. 2007–065159.

Supreme Court of South Carolina.

Nov. 5, 2015.

20

Justice KITTREDGE.

I adhere to my dissenting opinion and view that this Court has egregiously violated fundamental separation of powers principles by involving itself in a matter that lies exclusively in the Legislative Branch. While I would join the majority in vacating its September 24, 2015 order, I certainly would not replace it with a version that ostensibly violates separation of powers *less*. The principle of separation of powers demands complete adherence and countenances not the slightest transgression. I would deny the motion of the Plaintiff Districts.

s/Jean H. Toal, C.J.

s/Donald W. Beatty, J.

s/Kaye G. Hearn, J.

s/Costa M. Pleicones, J.

s/John W. Kittredge, J.